**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff
OEC Freight (NY) Inc.
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OEC FREIGHT (NY) INC.

                    ECF CASE   07 Civ. 11072 (LAP)

        Plaintiff,

                    **RULE 7.1 STATEMENT**

  - against -

CLARE FREIGHT INT'L (U.S.A), INC., and GREEN
DRAKE, INC.,

        Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

      OEC Freight (NY) Inc. is a wholly owned subsidiary of the OEC Group, which is a privately held corporation. The following are a list of OEC Group subsidiaries:

STAR ASIA INTERNATIONAL INC

OEC GROUP (BOSTON)

OEC GROUP (CHICAGO)

STAR ASIA INTERNATIONAL

1

OEC GROUP (DALLAS)

OEC GROUP (KANSAS CITY)

OEC GROUP (LOS ANGELES)

OEC MIAMI

OEC GROUP (PHOENIX)

OEC FREIGHT COMPANIES, INC.


Dated:  New York, New York
        December 6, 2007

         MCDERMOTT & RADZIK, LLP
         Attorneys for Plaintiff,
         OEC Freight (NY) Inc.

         BY: _____
         THOMAS R. DESIMONE (TD 0786)
         Wall Street Plaza
         88 Pine Street
         New York, New York 10005-1801
         (212) 376-6400
         (FILE: 66-07-66 ECR/TRD)