**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff
OEC Freight (NY) Inc.
(212 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OEC FREIGHT (NY) INC.,

                Plaintiff,          **ECF CASE**

  - against -                        07 CV 11072 (LAP)

CLARE FREIGHT INT'L. (U.S.A.), and        **NOTICE OF APPEARANCE**
GREEN DRAKE, INC.,

                Defendants.

-------------------------------------------------------x

To the Clerk of this Court and parties of record:

    Please enter my appearance as counsel in this case for Plaintiff OEC Freight (NY) Inc.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         December 17, 2007

                                              McDERMOTT & RADZIK, LLP
                                              Attorneys for Plaintiff
                                              OEC Freight (NY) Inc.

                            By:   *Matthew T. Loesberg*
                                              Matthew T. Loesberg (ML-3708
                                              Wall Street Plaza
                                              88 Pine Street – 21st Floor
                                              New York, New York 10005-1801
                                              (212) 376-6400