UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

OEC FREIGHT (NY) INC.

                              Plaintiff,                    07 CV 11072 (LAP)

    v.

CLARE FREIGHT INT'L (U.S.A.), INC. and GREEN DRAKE, INC.

                              Defendants.
_____

### DISCLOSURE STATEMENT PURSUANT TO F.R.C.P RULE 7.1

Glenn H. Ripa, Esq., an attorney admitted to practice law before the United States District Court for the Southern District of New York, affirms upon information and belief that the following statements are true and accurate and subject to the penalties of perjury:

1-    I am the attorney of record for Clare Freight Int'l (USA) Inc., and as such I am familiar with the facts and circumstances recited herein.

2-    I make this affirmation pursuant to Federal Rules of Civil Procedure Rule 7.1.

3-    Clare Freight Int'l (USA) Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 8, 2008
       New York, New York

                                              /s/ Glenn H. Ripa
                                              Glenn H. Ripa, Esq.
                                              Attorney ID: GR2555
                                              Follick & Bessich P.C.
                                              *Attorneys for Defendant*
                                              *Clare Freight Int'l (USA) Inc.*
                                              225 Broadway, Suite 1200
                                              New York, New York 10007
                                              Tel. No.:  212-732-5310
                                              Fax No.:  212-406-2908