AFFIDAVIT OF SERVICE
SECRETARY OF STATE

State of New York
~~Court County of~~    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK

**Plaintiff,**

OEC FREIGHT (NY) INC.

-against-

CLARE FREIGHT INT'L (U.S.A.), INC., et ano

File# 66-07-66 ECR/MTL
Index# 07CV11072

**Defendant.**

State of New York
County of New York    SS:

__STEVEN AVERY__, being duly sworn deposes and says that I am over the age of eighteen years, not a party to this action, and reside in the State of New York.

That on the __24th__ day of __January__, 2008, at __9:45 A.__ M, 41 State Street, Albany, NY 12207, Office of the Secretary of State of New York, I served the annexed __SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT__ upon __GREEN DRAKE, CORPORATION (Sued herein as GREEN DRAKE, INC.)__ Defendant in this action, by delivering to and leaving personally with __DONNA CHRISTIE__ in the Office of the Secretary of State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of Forty Dollars.

That said service was pursuant to Section __306__ of the Business Corporation Law.

DEPONENT describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

sex: female   color: white   hair: blonde   app. age: 35   app. ht: 5'5"   app. wt: 140

Deponent further says that I knew the person so served as aforesaid to be the Designated Person in the Office of the Secretary of State of New York.

Sworn to before me

__30th__ day of __January__, 200 __8__

AMELIA ELORRIAGA
Commissioner of Deeds
City of New York No. 1-108
Certificate Filed in New York County
Commission Expires Nov. 1, 200_

STEVEN AVERY

RECEIVED
JAN 31 2008
...OTT & RADZIK LLP