AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern      District of      New York

OEC FREIGHT (NY) INC.

V.

CLARE FREIGHT INT'L (U.S.A.), INC. and
GREEN DRAKE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Clare Freight Int'l (U.S.A.), Inc.
150-62 76 Road
Flushing, New York 11367

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward C. Radzik
McDermott & Radzik, LLP
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
(212) 376-6400

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                        DEC 0 5 2007

CLERK                                                         DATE

(By) DEPUTY [signature]

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE January 22nd, 2008 |
| NAME OF SERVER (PRINT) ROBERT RAMSAY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: /CLARE FREIGHT INT'L (U.S.A) INC.  150-62 76 Road, Flushing, NY 11367 at 1:32 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): By leaving with Norman Lee, General Agent
Des:male, yellow, black hair, 5'7", 165 lbs., 30's years of age

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 23rd, 2008
           *Date*           *Signature of Server*
ROBERT RAMSAY   Lic. No. 0871312

233 Broadway
New York, NY 10279
*Address of Server*

RECEIVED JAN 31 2008 McDERMOTT & RADZIK LLP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.