UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

OEC FREIGHT (NY), INC.,

     Plaintiff,  : **ORDER**

  -against-     : 07 Civ. 11072 (LAP)(FM)

CLARE FREIGHT INT'L (U.S.A.), INC. :
and GREEN DRAKE, INC.,

     Defendants.
-------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

  Pursuant to a conference held earlier today, it is hereby ORDERED that a telephone conference shall be held on April 1, 2008 at 9:45 a.m. Plaintiff's counsel is directed to initiate the call by dialing Chambers at (212) 805-6727.

  SO ORDERED.

Dated:  New York, New York
     February 1, 2008

              FRANK MAAS
              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

Copies to:

Honorable Loretta A. Preska
United States District Judge

Matthew T. Loesberg, Esq.
McDermott & Radzik, LLP
Fax: (212) 376-6490

Glenn H. Ripa, Esq.
Follick & Bessich P.C.
Fax: (212) 406-2908