AFFIDAVIT OF SERVICE
SECRETARY OF STATE

State of New York
~~County of~~  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff,**

OEC FREIGHT (NY) INC.

-against-

CLARE FREIGHT INT'L(U.S.A.), INC., et ano

File# 66-07-66 ECR/MTL
Index# 07CV11072

**Defendant.**

State of New York
County of New York      SS:

__STEVEN AVERY__, being duly sworn deposes and says that I am over the age of eighteen years, not a party to this action, and reside in the State of New York.

That on the __24th__ day of __January__, 2008, at __9:45__ A. M, 41 State Street, Albany, NY 12207, Office of the Secretary of State of New York, I served the annexed __SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT__

upon __GREEN DRAKE, CORPORATION (Sued herein as GREEN DRAKE, INC.)__ Defendant in this action, by delivering to and leaving personally with __DONNA CHRISTIE__ in the Office of the Secretary of State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of Forty Dollars.

That said service was pursuant to Section __306__ of the Business Corporation Law.

DEPONENT describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

sex: female  color: white  hair: blonde  app. age: 35  app. ht: 5'5"  app. wt: 140

Deponent further says that I knew the person so served as aforesaid to be the Designated Person in the Office of the Secretary of State of New York.

Sworn to before me

__30th__ day of __January__, 200 8

AMELIA ELORRIAGA
Commissioner of Deeds
City of New York  No. 1-108
Certificate Filed in New York County
Commission Expires Nov. 1, 200_5_

STEVEN AVERY

RECEIVED
JAN 31 2008
[...]OTT & RADZIK LLP

State of New York - Department of State
Receipt for Service

Receipt #:  200801280199
Date of Service:  01/24/2008
Service Company:  85 AAA/ALBANY ATTORNEY SERVICES

Cash #: 200801280160
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:   SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   GREEN DRAKE CORPORATION


Plaintiff/Petitioner:
        OEC FREIGHT (NY) INC.



Service of Process Address:
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK,  NY 10011

                                                    Secretary of State
                                                    By  DONNA CHRISTIE