UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OEC FREIGHT (NY), INC.,                          :

                 Plaintiff,    :    **ORDER**

            -against-                               :    07 Civ. 11072 (LAP)(FM)

CLARE FREIGHT INT'L (U.S.A.), INC.    :
and GREEN DRAKE, INC.,
                                    :

                 Defendants.
------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that a further telephone conference shall be held on May 6, 2008, at 9:45 a.m.

Plaintiff's counsel is directed to initiate the call by dialing Chambers at (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
             April 1, 2008

                                               _____
                                               FRANK MAAS
                                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

Copies to:

Honorable Loretta A. Preska
United States District Judge

Matthew T. Loesberg, Esq.
McDermott & Radzik, LLP
Fax: (212) 376-6490

Glenn H. Ripa, Esq.
Follick & Bessich P.C.
Fax: (212) 406-2908