UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

OEC FREIGHT (NY), INC.,

        Plaintiff,

-against-

CLARE FREIGHT INT'L (USA), INC., et ano,

        Defendants.

---------------------------------------------------------x

**ORIGINAL**

<u>ORDER OF DISCONTINUANCE</u>

07 Civ. 11072 (LAP)(FM)

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
             May 6, 2008

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney for Plaintiff OEC Freight
Matthew T. Loesberg, Esq.
McDermott & Radzik, LLP

_____
Attorney for Defendant Clare Freight
Glenn H. Ripa, Esq.
Follick & Bessich P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 5/12/08

_____
Attorney for Defendant Green Drake
John R. Ehrhart, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

OEC FREIGHT (NY), INC.,

       Plaintiff,               :      ORDER OF DISCONTINUANCE

     -against-                  :      07 Civ. 11072 (LAP)(FM)

CLARE FREIGHT INT'L (USA), INC., et ano.,

       Defendants.
---------------------------------------------------------------x

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:      New York, New York
                May 6, 2008

                                                FRANK MAAS
                                                United States Magistrate Judge

Attorney for Plaintiff OEC Freight           Attorney for Defendant Clare Freight
Matthew T. Loesberg, Esq.                   Glenn H. Ripa, Esq.
McDermott & Radzik, LLP                    Follick & Bessich P.C.

                                                _____
                                                Attorney for Defendant Green Drake
                                                John R. Ehrhart, Esq.