UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OBC FREIGHT (NY), INC.,

        Plaintiff,     :    **ORIGINAL**

        -against-      :    ORDER OF DISCONTINUANCE

CLARE FREIGHT INT'L (USA), INC., et ano,   :    07 Civ. 11072 (LAP)(FM)

        Defendants.    :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:   New York, New York
         May 6, 2008

                                                                         FRANK MAAS
                                                                          United States Magistrate Judge

Attorney for Plaintiff OBC Freight          Attorney for Defendant Clare Freight
Matthew T. Loesberg, Esq.                   Glenn H. Ripa, Esq.
McDermott & Radzik, LLP                     Follick & Bessich P.C.

RECEIVED
MAY 13 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

                                                          Attorney for Defendant Green Drake
                                                          John R. Ehrhart, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OEC FREIGHT (NY), INC.,                         :

        Plaintiff,                        :    ORDER OF DISCONTINUANCE

    -against-                                :    07 Civ. 11072 (LAP)(FM)

CLARE FREIGHT INT'L (USA), INC., et ano,       :

        Defendants.                       :

------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

        ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
          May 6, 2008

                                                    FRANK MAAS
                                              United States Magistrate Judge

---

Attorney for Plaintiff OEC Freight            Attorney for Defendant Clare Freight
Matthew T. Loesberg, Esq.                     Glenn H. Ripa, Esq.
McDermott & Radzik, LLP                       Follick & Bessich P.C.

                                              Attorney for Defendant Green Drake
                                              John R. Ehrhart, Esq.

*[Handwritten annotation:]* The Clerk of the Court shall mark this action closed and all pending motions denied as moot. So ordered. Loretta A. Preska USDJ  May 13, 2008